UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOE ROBERTS, a single man,<br><br>           Plaintiff,<br><br>    v.<br><br>BEVERLY R. HALL, a single woman,<br><br>           Defendant. | NO. CV-08-0194-LRS<br><br>DEFAULT JUDGMENT: BEVERLY R. HALL |

THIS MATTER having come on regularly for hearing before the undersigned judge of the above-entitled court, and the court being fully advised in the premises and having reviewed the "Affidavit of Sum Certain" of record herein, now makes the following judgment:

**I. FINDINGS**

1.1 Default: Defendant Beverly R. Hall, a resident of the state of Pennsylvania, was declared to be in default on debt due and owing Plaintiff Joe Roberts, and the Court entered an Order of Default on May 19, 2009 (Ct. Rec. 6).

**II. ADJUDICATION**

On the basis of the foregoing, it is hereby **ORDERED, ADJUDGED AND DECREED:**

1. Judgment: That the Plaintiff have and recover judgment against Defendant Beverly R. Hall in the principal sum of $200,000.00, together

ORDER ~ 1

1  with pre-judgment interest at the rate of 4.95% per annum thereon from
2  December 21, 2006 to the date of this judgment computed in accordance
3  with the Affidavit of Sum Certain, amounting to $28,103.56, plus costs
4  in the amount of $485.00 for a total indebtedness of **$228,588.56** and
5  judgment interest in the amount of 4.95% per annum on the foregoing sum
6  until said total indebtedness represented by this judgment is paid in
7  full.

8  **IT IS SO ORDERED.**

9  The District Court Executive is directed to file this Order, provide
10 copies to the parties, and **CLOSE THE FILE**.

11 DATED this 15h day of July, 2009.

                                    *s/Lonny R. Suko*
                                    _____
                                        LONNY R. SUKO
                                    CHIEF U. S. DISTRICT COURT JUDGE

ORDER ~ 2